# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

In the Matter of the Search of:

1. On the person of Miguel Angel Ordaz (aka Isaias Rivera, aka Tomas Hueso);

2. On the premises of 456 East Burkitt, Sheridan, Wyoming; and

3. In the vehicle, a dark blue Ford Expedition, Wyoming passenger plate 3-23996.

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

CASE NUMBER: _____

**SEALED**

I, Travis Harnish, being duly sworn depose and say:

I am a Special Agent of the Wyoming Division of Criminal Investigation and have reason to believe that in the District of Wyoming, on the person, property or premises known as:

**SEE ATTACHMENT "A"**

in the District of Wyoming, there is now concealed certain property, namely:

**SEE ATTACHMENT "B"**

which is evidence of the crime, fruits of the crime, or instruments of the crime, concerning a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846 and Title 18, United States Code, Sections 924(c)(1) and 1956(a) and (h).

The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT HARNISH**

Continued on the attached sheet and made a part hereof:    XX  Yes    ____ No

_____
Signature of Affiant, Travis Harnish

10-CR-329-F Disclosed to Peter Timbers on 12/23/10

Sworn to before me and subscribed in my presence,

| 11/19/10   2:36 PM | at | Sheridan, Wyoming |
|---|---|---|
| Date | | City and State |

David C. Smith
U.S. Magistrate Judge
Name & Title of Judicial Officer

*(signed)* David C. Smith
Signature of Judicial Officer

10-CR-329-F Disclosed to Peter Timbers on 12/23/10

## ATTACHMENT "A"

1. On the person of Miguel Angel Ordaz (aka Isaias Rivera, aka Tomas Hueso);

2. On the premises of 456 East Burkitt, Sheridan, Wyoming; and

3. In the vehicle, a dark blue Ford Expedition, Wyoming passenger plate 3-23996.

10-CR-329-F Disclosed to Peter Timbers on 12/23/10