## AFFIDAVIT OF TRAVIS HARNISH FOR SEARCH WARRANT

The undersigned, being of lawful age and upon his oath first duly sworn, deposes and says:

The affiant is employed as a Special Agent, Division of Criminal Investigation, Office of the Attorney General, State of Wyoming. The affiant has reason to believe that

(X)  on the person of Miguel Angel Ordaz (AKA Isaias Rivera, AKA Tomas Hueso)
(X)  on the premises of 456 East Burkitt, Sheridan Wyoming
(X)  in the vehicle, a dark blue Ford Expedition, Wyoming passenger plate 3-23996.

there is being concealed, certain property, to-wit: evidence of membership, association, or affiliation with any gang. Said evidence to include but not limited to: any reference to the Fresno, California street gang, the Bulldogs. Said items to include any drawings or miscellaneous writings or graffiti depicting gang members names, initials, logos, monikers, slogans or containing mention of street gang membership, association, affiliation activity or identity; any paintings, drawings, videos, photographs, computer flash drives, compact disks, computer hard drives, media drives and photo albums depicting persons, vehicles, weapons, or locations which may appear upon observation to be relevant to the question of gang membership association, or affiliation, or which may depict items believed to be evidence in the case being investigated with the warrant, or which may depict evidence of any criminal activity; any newspaper clippings tending to relate details of or reference to gang related crimes, including the distribution of controlled substances; any addresses books, lists of, or single reference to addresses or telephone numbers of persons who may be determined to belong to, or be affiliated with any street gangs; books, records, receipts, notes, ledgers and other papers relating to the distribution, manufacture, storage or transportation of controlled substances; note books, telephone billing records, stored records from land line telephones, cellular telephones and Caller ID boxes, along with papers reflecting names, addresses, telephone numbers and other contact or identification data relating to others involved in the possession, distribution, manufacture or transportation of controlled substances; currency, checks and other negotiable instruments, along with transaction records, relating to controlled substances income, expenditures and debts, for example, money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks and check registers; items of personal property that tend to identify the person(s) on the premises, occupancy, control or ownership of the subject premises, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, documents indicating travel, such as travel itineraries, motel and hotel receipts, credit card receipts, and telephone bills; firearms and other dangerous weapons.

WHICH:    (X) is stolen or embezzled in violation of law.
(X) is designed or intended for use which is or has been used as a means of committing a criminal offense.
(X) is possessed, controlled, or designed or intended for use or which is or has been used in violation of any law.
(X) tends to show a crime has been committed.
(X) constitutes evidence which tends to show that a particular person has committed a crime.

## ATTACHMENT "B"

Evidence of membership, association, or affiliation with any gang. Said evidence to include but not limited to: any reference to the Fresno, California street gang, the Bulldogs. Said items to include any drawings or miscellaneous writings or graffiti depicting gang members names, initials, logos, monikers, slogans or containing mention of street gang membership, association, affiliation activity or identity; any paintings, drawings, videos, photographs, computer flash drives, compact disks, computer hard drives, media drives and photo albums depicting persons, vehicles, weapons, or locations which may appear upon observation to be relevant to the question of gang membership association, or affiliation, or which may depict items believed to be evidence in the case being investigated with the warrant, or which may depict evidence of any criminal activity; any newspaper clippings tending to relate details of or reference to gang related crimes, including the distribution of controlled substances; any addresses books, lists of, or single reference to addresses or telephone numbers of persons who may be determined to belong to, or be affiliated with any street gangs; books, records, receipts, notes, ledgers and other papers relating to the distribution, manufacture, storage or transportation of controlled substances; note books, telephone billing records, stored records from land line telephones, cellular telephones and Caller ID boxes, along with papers reflecting names, addresses, telephone numbers and other contact or identification data relating to others involved in the possession, distribution, manufacture or transportation of controlled substances; currency, checks and other negotiable instruments, along with transaction records, relating to controlled substances income, expenditures and debts, for example, money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks and check registers; items of personal property that tend to identify the person(s) on the premises, occupancy, control or ownership of the subject premises, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, documents indicating travel, such as travel itineraries, motel and hotel receipts, credit card receipts, and telephone bills; firearms and other dangerous weapons.

10-CR-329-F Disclosed to Peter Timbers on 12/23/10