controlled substances to utilize cellular telephones in the course of their business and that they often program the telephone numbers and/or other identifying information of individuals who are also buying and/or selling controlled substances in those cellular telephones;

E. That controlled substance traffickers/distributors who have access to a computer system, often use this computer to maintain records, receipts, notes, etc., of their illegal enterprise;

F. That it is common for controlled substance traffickers/distributors to conceal proceeds from the distribution of controlled substances and/or records of locations of proceeds as well as contraband within their residences;

G. That controlled substance traffickers/distributors take or cause to be taken photographs of themselves, their associates, their property and their product, and the photographs are usually maintained at the residences;

H. That it is a common practice for controlled substance traffickers/distributors to maintain records relating to their drug trafficking activities.  Because drug traffickers in many instances will "front" (that is, sell on consignment) controlled substances to their clients, or be "fronted" controlled substances from their suppliers, such record-keeping is necessary to keep track of amounts paid and owed, and such records will also be maintained close at hand so as to readily ascertain current balances;

I. That based on the affiant's training and experience, the affiant knows that controlled substance traffickers/distributors have in their possession or control, firearms, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons and that the weapons are used to protect and secure a controlled substance trafficker/distributor;

J. That based on your affiant's training, experience, and information provided by other law Enforcement Officers who deal directly with organized gangs, that members of organized gangs such as the Bulldogs often form small sects amongst the gang and conduct business with each other, such as the trafficking / distribution of methamphetamine and other violent crimes involving firearms.

5. The information contained herein is a result of information known by the Affiant as well as information provided to the Affiant by other Officers, Investigators, and/or Special Agents who the Affiant knows to be reliable.

6. Law Enforcement Officers from agencies in Sheridan County have been receiving information regarding Miguel Angel Ordaz and/or Ordaz's associates being involved in the use and distribution of methamphetamine for the past nine months.

7. On February 18, 2010, your affiant received an anonymous tip that three Hispanic "gang" members were involved in selling / distributing large quantities of methamphetamine in the Sheridan area. On February 19, 2010, your affiant received more information from the anonymous source that the involved subjects were receiving large quantities of methamphetamine through the mail. The involved subjects went by the names of "Rob", "Noe", and "Isaias". One of these subjects was a homicide suspect in California. "Rob",



10-CR-329-F Disclosed to Peter Timberson 2/23/10