"Noe" and "Isaias" were members of the Bulldog Gang out of Fresno California. The anonymous source stated that a female subject who lived across from Safeway in Sheridan that drove a gray Durango and a blue Expedition received the packages at Shipton's Big R in Sheridan containing methamphetamine and stored weapons for the "gang" members.

8. Your affiant and other agents of the Wyoming Division of Criminal Investigation located a gray Dodge Durango and a blue Ford Expedition parked across from Safeway at 154 Coffeen Ave in Sheridan. The vehicles were registered to Kimberly Perkins. On several occasions your affiant observed Perkins drive the Gray Dodge Durango between 154 Coffeen Ave and Shipton's Big R in Sheridan. Agents observed the blue Ford Expedition on several occasions being driven by a Hispanic male. The Expedition was often parked in front of 456 East Burkitt, Sheridan, Wyoming.

9. On March 24, 2010, a traffic stop was conducted on the blue Ford Expedition. The Hispanic male driver was identified as Miguel Angel Ordaz. Following the identification of Ordaz, your affiant learned that Ordaz was a confirmed member of the Bulldog Gang out of Fresno California. Your affiant also learned that Ordaz was the suspect in a homicide by firearm in Fresno, California.

10. A subpoena to UPS confirmed multiple packages were being sent from Fresno California to Shipton's Big R in Sheridan. Several of these packages had been signed for by "Perkins". Packages were also sent to 463 Coffeen Ave and signed for by "Rivera" (Miguel Angel Ordaz has known aka's of Isaias Rivera and Tomas Hueso). A subsequent subpoena confirmed that packages had also been sent to "Rivera" at 456 East Burkitt in Sheridan Wyoming.

11. Subpoena's of Western Union and MoneyGram transactions confirmed that Ordaz and other members of this drug organization wired money to subjects, some of whom are known members of the Bulldog Gang, in Fresno, California corresponding with package arrival dates in Sheridan, Wyoming.

12. On September 9, 2010, Agents contacted a confidential informant, hereafter referred to as CI 2010-051, in reference to packages being received at Shipton's Big R in Sheridan Wyoming. CI 2010-051 confirmed that multiple packages containing methamphetamine were sent to Shipton's Big R in Sheridan from Fresno California. CI estimated that there were between twenty-four (24) and thirty-two (32) packages sent to CI 2010-051 at Shipton's Big R. CI 2010-051 observed Ordaz open a couple of these packages. CI 2010-051 observed Ordaz remove a large five (5) wick style candle from the package, break it open, and remove multiple baggies of methamphetamine from the candles. CI 2010-051 estimated each baggy to be one (1) to two (2) ounces of methamphetamine. CI 2010-051 had sent money via Western union or MoneyGram for Ordaz to California at last one (1) time. CI 2010-51 had stored some of Ordaz's guns at CI 2010-051's residence for Ordaz. CI 2010-051 described the guns as a handgun, a shotgun, and a long rifle. CI 2010-051 indicated that the guns were now in Ordaz's residence and placed in locations around the residence, such as Ordaz's bedroom and living room. Later CI 2010-051 told agents that Ordaz had gotten rid of his guns. CI 2010-051 then ended all contact with agents. CI 2010-051 is a known informant that has provided credible information regarding this case that has been corroborated through the statements of other confidential informants and subpoenas of UPS records.

13. On September 15, 2010 agents interviewed a confidential informant, hereafter referred to as CI 2010-057. CI 2010-057 received methamphetamine from Ordaz on one occasion. CI 2010-057 had seen Ordaz in possession of several firearms, including an MP5 assault rifle and several different handguns early in 2010. CI 2010-057 is a known informant that has provided credible information regarding this case that has been corroborated through statements made by other confidential informants, search warrants, and recorded jail calls.

14. On October 1, 2010 your affiant interviewed a confidential informant, hereafter referred to as CI 2010-063. CI 2010-063 stated that Ordaz kept a yellow note pad near his bed. The yellow note pad listed drug transactions and drug debts owed to Ordaz. CI 2010-063 last saw the yellow note pad at Ordaz's residence, 456 East Burkitt in Sheridan Wyoming around the beginning of September. CI 2010-063 stated that Ordaz has several firearms. CI 2010-063 described Ordaz as being a "gun collector". Ordaz got a laser sight for a large handgun that Ordaz had. CI 2010-063 observed several firearms including the handgun with the laser sight in Ordaz's house in August of 2010. CI observed a handgun (revolver) with a "pretty" handle on, a rifle, and a semi auto handgun with a matt silver finish. CI 2010-063 is a known informant that has provided credible information regarding this case which has been corroborated through statements made by other confidential informants and Law Enforcement records.

15. On October 14, 2010, your affiant participated in a proffer interview with Jason Lyles. Lyles advised agents that his supplier of methamphetamine had a substantial drug debt to Ordaz. Lyles believed the debt to be around $6000. Lyles told agents that his supplier had possibly given Ordaz a handgun, but did not know when. Lyles described the handgun as a black 9mm with ivory grips.

10-CR-329-F Disclosed to Peter Timbers on 12/23/10