# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION | ) |
| OF THE UNITED STATES OF AMERICA | ) |
| FOR AN ORDER AUTHORIZING THE | ) |
| INTERCEPTION OF WIRE AND | ) |
| ELECTRONIC COMMUNICATIONS TO | ) |
| AND FROM CELLULAR TELEPHONE | ) |
| NUMBER (307)431-8624 BEARING | ) |
| ELECTRONIC SERIAL NUMBER (ESN) | ) |
| A000001DDE553B | ) |

### AFFIDAVIT IN SUPPORT OF APPLICATION

I, Travis J. Harnish, being duly sworn, depose and state that:

1. I am employed by the Sheridan County Sheriff's Office, in Sheridan, Wyoming, and I am currently assigned as a Special Agent with the Wyoming Division of Criminal Investigation. I am an investigative or law enforcement officer of the State of Wyoming, within the meaning of Wyoming State Statute 9-1-613 through 9-1-615, and am empowered by law to conduct investigations of and to make arrests pursuant to Wyoming State Statutes.

2. I have been a Special Agent with the Wyoming Division of Criminal Investigation since March of 2009. I have received basic drug investigations training from the Wyoming Division of Criminal Investigation, from the Drug Enforcement Administration and from the Wyoming Law Enforcement Academy located in Douglas, Wyoming. I am currently assigned to the Wyoming Division of Criminal Investigation's Northeast Enforcement Team.

3. During my employment as a peace officer, I have had training and experience in the investigation, arrest and prosecution of controlled substance violations under Wyoming State Statutes and United States Code. This training includes in part: identification of various types of controlled substances by sight and/or odor; methods in which controlled substances are

1

launder the proceeds obtained from the distribution of the controlled substances; and, to obtain sufficient evidence to successfully prosecute each and every member who is involved in the ongoing criminal activity.

16. Some of the background information is detailed in Attachments C-1 and C-3.

17. On February 18, 2010, I was contacted by an anonymous informant via email, who had information about "Mexican gang members" who were selling large quantities of methamphetamine in the Sheridan, Wyoming area. The unidentified informant stressed the importance that his/her identity not be known for fear of the organization finding out who he/she was. I replied to this email and gave this unknown person my telephone number. I also asked this person how he/she knew the information.

18. On February 19, 2010, I received a reply email from the unidentified informant. In this email, the unknown person said that he/she was aware of the drug activity because someone in the organization talks a lot. The informant knew three (3) members of the Fresno Bulldogs Gang, from Fresno, California that were involved in trafficking and distributing methamphetamine in the Sheridan area. The informant provided the names of "Noey", "Isaiah" and "Rob". The informant didn't know if these were the suspects' real names, nicknames or aliases. The informant also said that he/she was aware that at least one (1) of the three (3) Fresno Bulldogs was a homicide suspect in California. The informant said that the methamphetamine was being packaged inside candles, and then shipped into Sheridan, Wyoming from California. According to the informant, whatever shipping source was being used had a system for tracking the packages. The informant stated that the packages were being delivered to a female who works at Shipton's Big R, in Sheridan. The informant did not know who the female was, but stated that the female lived across from Safeway in Sheridan, and that she drives a Dodge Durango and a Ford Expedition. The informant also stated that the gang members possibly store guns at this female's house.

19. On February 19, 2010, Agents Quarterman, Williams, and I located a silver Dodge Durango and a blue Ford Expedition parked at 154 Coffeen Avenue, which is across from

10

Attachment C-2