# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

In the Matter of the Search of:

## SEARCH WARRANT

**1. On the person of Miguel Angel Ordaz
(aka Isaias Rivera, aka Tomas Hueso);**

**2. On the premises of 456 East Burkitt,
Sheridan, Wyoming; and**

CASE NUMBER: _____

**3. In the vehicle, a dark blue Ford
Expedition, Wyoming passenger plate 3-
23996.**

## SEALED

TO: **Travis Harnish** and any Authorized Officer of the United States

     Affidavit having been made before me by **Travis Harnish**, who has reason to believe that in the District of Wyoming on the property or premises known as: **SEE ATTACHMENT "A"** there is now concealed a certain property, namely: **SEE ATTACHMENT "B"** which is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846 and Title 18, United States Code, Sections924(c)(1) and 1956(a) and (h).

     I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

     YOU ARE HEREBY COMMANDED to search on or before _Dec. 3, 2010_____, (not to exceed 14 days) the place named above for the property specified, serving this warrant and making the search in the daytime - 6:00 A.M. to 10:00 P.M. - and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to **Magistrate Beaman** as required by law.

Sworn to before me and subscribed in my presence,

_____11|19|10____ _2:36 PM_ at    Sheridan, Wyoming

Date                                       City and State

David C. Smith
U.S. Magistrate Judge

Name & Title of Judicial Officer                Signature of Judicial Officer



GOVERNMENT
EXHIBIT

Z

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-19-2010 | 11-22-2010    9:00 PM | Emma Flores  at 856 E. Butler St |

INVENTORY MADE IN THE PRESENCE OF _____ Jason T Ruby   Travis Harmon

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached list.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_Travis J Harmon_

Subscribed, sworn to, and returned before me this date,

_____   11/25/10
U.S. Judge or Magistrate          Date

## ATTACHMENT "A"

1. On the person of Miguel Angel Ordaz (aka Isaias Rivera, aka Tomas Hueso);

2. On the premises of 456 East Burkitt, Sheridan, Wyoming; and

3. In the vehicle, a dark blue Ford Expedition, Wyoming passenger plate 3-23996.

## ATTACHMENT "B"

Evidence of membership, association, or affiliation with any gang. Said evidence to include but not limited to: any reference to the Fresno, California street gang, the Bulldogs. Said items to include any drawings or miscellaneous writings or graffiti depicting gang members names, initials, logos, monikers, slogans or containing mention of street gang membership, association, affiliation activity or identity; any paintings, drawings, videos, photographs, computer flash drives, compact disks, computer hard drives, media drives and photo albums depicting persons, vehicles, weapons, or locations which may appear upon observation to be relevant to the question of gang membership association, or affiliation, or which may depict items believed to be evidence in the case being investigated with the warrant, or which may depict evidence of any criminal activity; any newspaper clippings tending to relate details of or reference to gang related crimes, including the distribution of controlled substances; any addresses books, lists of, or single reference to addresses or telephone numbers of persons who may be determined to belong to, or be affiliated with any street gangs; books, records, receipts, notes, ledgers and other papers relating to the distribution, manufacture, storage or transportation of controlled substances; note books, telephone billing records, stored records from land line telephones, cellular telephones and Caller ID boxes, along with papers reflecting names, addresses, telephone numbers and other contact or identification data relating to others involved in the possession, distribution, manufacture or transportation of controlled substances; currency, checks and other negotiable instruments, along with transaction records, relating to controlled substances income, expenditures and debts, for example, money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks and check registers; items of personal property that tend to identify the person(s) on the premises, occupancy, control or ownership of the subject premises, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, documents indicating travel, such as travel itineraries, motel and hotel receipts, credit card receipts, and telephone bills; firearms and other dangerous weapons.

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF CRIMINAL INVESTIGATION

RECEIPT

| ITEM# | DESCRIPTION | QUANTITY |
|---|---|---|
| | 100 series items located in Dining Room | |
| 101 | Cowman 9mm pistol 124 grain (missing 15 RDS) | 1 |
| 102 | Box Viridian laser site | 1 |
| 103 | (2) Clean bore 38 auto ammunition | 2 |
| 104 | Check book Isaias Rivera / One w/ blue cover | 2 |
| 105 | 3 photographs in frames / several loose | 3 |
| 106 | Misc paperwork from shandow box | 1 |
| 107 | Samsung Straight Talk cell phone (coat pocket) w/ charger | 1 |
| 108 | LG Straight talk cell phone (coat pocket) | 1 |
| 109 | 2 Green dot cards to Thanks Huero /Emma 2 times | 2 |
| 110 | ½ then notebook | |
| 111 | Fujifilm Camera BLK Finepix J38 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Received From ___ 456 E. Burkitt ___ Date: 11-22-10 ___ Page Number: 1

Received By ___ S.A. Ruby ___   Case Number: 2008-0035

REV: 03-88

**STATE OF WYOMING**
**OFFICE OF THE ATTORNEY GENERAL**
**DIVISION OF CRIMINAL INVESTIGATION**

RECEIPT

| ITEM# | DESCRIPTION | QUANTITY |
|---|---|---|
| | 200 Series located in living room | |
| 201 | BLK Canvas "High Sierra" Rolling Duffle Bag | |
| 201 A | Plastic baggie containg large quantity of crystaline material | 1 |
| 201 B | Plastic zip lock w/ plastic baggie w/white crystaline material | 1 |
| 201 C | BLK leather case containg a Frankfurt aresnal digital scale | 1 |
| 201 C | + metal tray w/ white crystaline material | 1 |
| 201 D | Banana clip, misc gun parts including | |
| | bolt assembly, catech, forward rail/Kietad, | |
| | Barrel assembly, Buttstock, clip, lower reciever | |
| 201 E | Frwt of loons plastic sack containg Foward light, | |
| | pistol grip, Norinco scope | |
| 201 F | Plastic baggie containg misc ammunition | 1 |
| 201 G | plastic box/carrier w/ misc ammunition | 2 |
| 201 H | Blk canvas "Rossi" containg 2 barrels .243  20 ga | 2 |
| 202 | Framed photo w/ 3 males | 1 |
| 203 | 5"/516987   SKS   SN SP873848 | 1 |
| 204 | SN S2022243YAS  Rossi   22 LR | 1 |
| 205 | Red Sweatshirt | 1 |
| 206 | Birt certificates list Mayel Ordez as Father / pic gang photo | 1 |
| 207 | Red Bandanna and Bull dog pennant | 1 |
| 208 | Tamus gun box (2) boxes empty shell cases  .308 | 1 |

Received From __956. E. Lockitt__   Date: __11-22-10__   Page Number: __2__

Received By __S.A. Ruby__   Case Number: __2008-0035__

REV: 03-88

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF CRIMINAL INVESTIGATION

RECEIPT

| ITEM# | DESCRIPTION | QUANTITY |
|-------|-------------|----------|
| 209 | "ITS A Dogg Thang" pic | 1 |
| 210 | City of Sheridan / MOU bill  Isaas Reveno | 2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Received From _456 E. Burkitt_   Date: _11-23-10_   Page Number: _3_

Received By _S.A. Ruby_   Case Number: _2008-0035_

REV: 03-88

**STATE OF WYOMING**
**OFFICE OF THE ATTORNEY GENERAL**
**DIVISION OF CRIMINAL INVESTIGATION**

**RECEIPT**

| ITEM# | DESCRIPTION | QUANTITY |
|---|---|---|
|  | 300 series locked in TV Room |  |
| 301 | Blk plastc "RAM-LINE" stock | 1 |
| 302 | (2) Stuffed Bulldogs | 2 |
| 303 | Black Hawk Holster 1911 | 1 |
|  |  |  |

Received From _455 E. Barkitt_ Date: _11-22-10_   Page Number: _4_
Received By _S. A. Ruby_   Case Number: 208-0085

REV: 03-88

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF CRIMINAL INVESTIGATION

RECEIPT

| ITEM# | DESCRIPTION | QUANTITY |
|---|---|---|
| | 400 Series Up Stair Bed room | |
| 401 | Taurus PT 1911 .38 Super  SN BW799J3  w/mag 9 Rounds + Holster | 1 |
| 402 | Stevens model 200 .308  SN G601459  w/Tasco 3x4x40 Scope. | 1 |
| 403 | 1 Magizine  9mm | 1 |
| 404 | photo album and Motorola phone | 1 |
| 405 | Taurs SN TA047072  PT 92 AFS w/Fully Loaded mag and laser site | 1 |
| 406 | Misc paperwork including Passports, Greendot Cold card + credit report request | 1 |
| 407 | Samsung Cell phone  Blue | 1 |
| 408 | Mexican passport, resident alean card, Drivers Lecense photos | 1 |
| 401 A | Loaded mag w/ 9 Rounds | 1 |
| 402 A | 8 .308 Rounds located on rifle | 8 |
| 409 | Misc Gang photos | 7 |
| | 500 Series located in Kitchen | |
| 501 | Knife w/ ankle holster | 1 |

Received From 456 E. Burkitt   Date: 11-22-10   Page Number: 5
Received By SA. Ruby   Case Number: 2008-0285

REV: 03-88

**STATE OF WYOMING**
**OFFICE OF THE ATTORNEY GENERAL**
**DIVISION OF CRIMINAL INVESTIGATION**

**RECEIPT**

| ITEM# | DESCRIPTION | QUANTITY |
|---|---|---|
| mo1 | Misc paperwork taken from center console | 1 |
| mo2 | Misc paperwork taken from glove box | 1 |
| mo3 | Remington Xleanbore 38 super automatic 13rds | 13 |
| mo4 | bb cell phone / silver in color | 1 |
| mo5 | Tow receipt Madera Police Dept | 1 |
| mo6 | $1176 US currency | 1 |
| MO7 | I way 250 c   GPS unit | 1 |
| mo8 | 21 rounds 9mm luger (front console) | 1 |
| MO9 | 1 round 38 special (back seat) | 1 |
| MO 10 | Misc Paperwork, Time sheets, Ticket, Braison receipt | |

Received From 3-2399 6 (wy PC) Date: 11-22-10   Page Number: 6

Received By S.A. Ruby   Case Number: _____

REV: 03-88