FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 19 2012

Stephan Harris, Clerk
Cheyenne

MIGUEL ANGEL ORDAZ
S.B.C.D.C
P.O BOX 130
GERING NE, 69341

Defendant, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,
    Plaintiff,
V.              Case no 10-CR-329-F
MIGUEL ANGEL ORDAZ
    Defendant, pro Se

DEFENDANTS MOTION SEEKING
CHANGE OF APPOINTED COUNSEL

Defendant MIGUEL ANGEL ORDAZ, proceeding pro se, hereby files this motion seeking to change his appointed counsel.

1. Defendant was recently convicted in this case, but has not yet been sentenced.

2. Attorney PETER TIMBERS represented Defendant at trial.

3. Formal and Informal Discovery from the Prosecution was not pursued.

4. Counsel did not furnish defendant with all discovery because excessive workload and couldn't diligently represent defendant.

5. Counsel is a new attorney to the Federal System. Defendant is Counsel's 15th Federal Case and first trial. Therefore inexperience at trials.

6. Mr. Peter Timbers did not provide effective assistance of counsel. Mr. Timbers let a diffrent Attorney speak for him during Trial. Mr. Thomas Fleenor who was representing a diffrent defendant in the same Trial.

7. Counsel is Negligent about notifying defendant about Motions and Court dates.

8. Defendant does not want Mr. Peter Timbers to represent him during the Sentencing Phase of his Case. Therefore, Defendant requests that this Court appoint new Counsel to replace Mr. Peter Timbers.

Respectfully submitted,

Miguel Angel Ordaz

Miguel Angel Ordaz
Defendant, Pro se

Certificate of Service

I certify that on Jan. 17 2012, I mailed a copy of the foregoing

DEFENDANT'S MOTION SEEKING CHANGE OF APPOINTED COUNSEL

to the following parties, by depositing same, postage paid, in the U.S MAIL.

U.S. Attorney
2120 Capitol Ave
Cheyenne WY, 82001

Attorney Peter Timbers
141 South Center, Suite 500,
Casper WY, 82601

Miguel Angel Criday