IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 25 2012

Stephan Harris, Clerk
Cheyenne

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 10-CR-329-F |
| MIGUEL ANGEL ORDAZ, | |
| Defendant. | |

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION SEEKING CHANGE OF APPOINTED COUNSEL**

This matter is before the Court on Defendant Ordaz's *Pro Se* Motion Seeking Change of Appointed Counsel. The Court having reviewed the pleading and being fully informed in the premises;

IT IS ORDERED that Defendant Miguel Angel Ordaz's Motion is DENIED. Mr. Ordaz failed to raise any concerns during the trial in this matter and also waited until just a few weeks before his sentencing. In considering Mr. Ordaz's request the Court finds no basis to conclude Mr. Ordaz's current appointment counsel is incompetent or suffers from a conflict of interest or any other basis for change of appointed counsel, particularly at this

late date. Therefore, the Court will not delay the sentencing in this matter or provide Mr. Ordaz with new counsel.

Dated this 24 day of January, 2012.

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE