FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 01 2012
12:37 PM
Stephan Harris, Clerk
Cheyenne

MIGUEL ANGEL ORDAZ
S.B.C.D.C
P.O. BOX 130
GERING NE, 69341

Defendant, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,
    Plaintiff,
v.          Case no. 10-CR-329-F3
MIGUEL ANGEL ORDAZ
    Defendant, Pro Se

DEFENDANT'S MOTION SEEKING
Continuance OF SENTENCING

Defendant MIGUEL ANGEL ORDAZ, proceeding

Pro Se, hereby files this motion seeking

a continuance of sentencing.

I would ask the courts for a continuence on the grounds that I did not recieve. My P.S.I 30 days prior to my sentencing date of Feb. 6 2012. I recieved it on Jan. 17th 2012 when Mr. Peter Timbers delivered it to me. However Mr. Timbers did not discuss objections or explain any mitigating factors to me at that time. Mr. Timbers still has not contacted me in reguard to my sentencing issues. So I would ask the courts to grant me a continuence in order that I may have fair and just time to prepare.

Respecfully Submitted

*Miguel Angel Ordaz*

MIGUEL ANGEL ORDAZ

Defendant, Pro Se

Certificate of Service

I certify that on Jan. 30th 2012, I mailed a copy of the foregoing

DEFENDENTS MOTION SEEKING
A CONTINUENCE OF SENTENCING

to the following parties, by depositing same, postage paid, in the U.S MAIL

Attorney
Peter J. Timbers
141 South Center Street, Suite 505
Casper, WY 82601

U.S Attorney
Darryl Fun
P.O. Box 22211
Casper, WY 82602

Clerk, United States District Court
2120 Capitol Ave. Room 2141
Cheyenne, WY 82001

*Miguel Angel Ordaz*
MIGUEL ANGEL ORDAZ