IN THE DISTRICT COURT OF WYOMING
DIVISION OF CHEYENNE

UNITED STATES OF AMERICA )
    Plaintiff, ) Case no. 10-CR-329F
vs. )
)
MIGUEL ANGEL ORDAZ )
    Defendant, )

## MOTION TO COMPEL

Comes now Defendant, MIGUEL ANGEL ORDAZ by and through Pro se and before this Honorable Court respectfully, moves this court for an order to Compel Counsel pursuant to Fed. R. Crim. 16(B) requiring all relevant Documents to furnish to the Defendant BRADY VS. MARYLAND, and states as follows.

1.) Defendant is currently housed at U.S.P Atwater.

2.) On 11-24-2010 Counsel was CJA appointed to represent Mr. MIGUEL ANGEL ORDAZ at trial, and due to a conflic was withdrawn.

3.) On 3-5-2012 Defendant was again CJA appointed new counsel for appeal.

4.) From the onset, Mr. MIGUEL ANGEL ORDAZ, made it abundantly clear to Counsel that he wanted to play a hands on role in his appeal process.
To this end, Counsel knowingly fail to honor Defendants request.

5.) Despite numerous request by Defendant for Discovery, Pre-trial transcripts and sentencing transcripts by way of phone and correspond letters, Counsel, knowingly fail to honor Defendant's request.

6.) Defense Counsel failed to inform Defendant that he's entitle to the above Documents.

Wherefore, the Defendant request that Defense Counsel be ordered to furnish forthwith the above requested Documents pursuant to BRADY VS MARYLAND.

Dated 08/03/2012

Respecfully, submitted

MIGUEL A. ORDAZ