```
                                                    F I L E D
                                                 U.S.           T
                                                 DIS    OF WYOMING

                                                 2012 AUG 21 PM 12 24

                                                         IS, CLERK
                                                        CHEYENNE
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 10-CR-329-F |
| MIGUEL ANGEL ORDAZ, | |
| Defendant. | |

**ORDER DENYING DEFENDANT'S *PRO SE* MOTION TO COMPEL**

This matter is before the Court on Defendant Ordaz's *Pro Se* Motion to Compel. Mr. Ordaz asks the Court to enter an order requiring his current appellant counsel to furnish him all relevant documents. Mr. Ordaz asserts that he made it clear to his appellate counsel that he wanted to play a hands on role in the appeal process. Mr. Ordaz claims that despite numerous requests for discovery and transcripts, his counsel has failed to provide him these documents. The Court having reviewed the pleading and being fully informed in the premises;

IT IS ORDERED that Defendant Miguel Angel Ordaz's Motion is DENIED. Many of the documents Defendant is requesting are likely subject to protective orders prohibiting

counsel from providing copies to Defendant. The Court does not find any basis to grant Defendant's motion.

Dated this ___ day of August, 2012.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE